AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Hendel's Refrigeration & Heating, Inc.__
was received by me on *(date)* __January 28, 2021__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I served the summons at the individual's residence or usual place of abode upon _____
_____, a person of suitable age and discretion, who resides with them at _____
_____ on *(date)* _____ , or

☒ I served the summons on __Statutory Agent, Ryan M. Scharber__ _____, who is designated by law to accept service of process on behalf of __Hendel's Refrigeration & Heating, Inc.__
at __2410 W. Ray Rd., Suite 1, Chandler, AZ 85224.__ on *(date)* __2.01.21 at 2:04pm__ ; or

☐ I returned the summons unexecuted because _____

☐ Other *(specify)*:



My fees are $ __45.60__ for travel and $ __44.70__ for services, for a total of $ __90.30__ .

I declare under penalty of perjury that this information is true.

Date: __February 2, 2021__

*Server's signature*

Mark Hepp (#7803)/ LegalServe

*Printed name and title*

1040 W. Juanita Avenue, Gilbert, AZ 85233

*Server's address*

Additional information regarding service, etc:

Documents served along with SUMMONS are: VERIFIED COMPLAINT; NOTICE, CONSENT, AND ORDER OF REFERENCE-EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE; PRELIMINARY ORDER.